**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| OPTATUS AND FLORENCE CHAILLA, | : No. 23 MM 2021 |
| Petitioners | : |
| v. | : |
| VERIZON OF PENNSYLVANIA, LLC, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for "Extraordinary Jurisdiction/King's Bench" is DENIED.